UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 2201**

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC. d/b/a T-MOBILE, Plaintiff, -v- TOWN OF LAGRANGE, et al. Defendant. | Case No._____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

OMNIPOINT COMMUNICATIONS, INC. d/b/a T-MOBILE   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Omnipoint Communications, Inc. is a wholly owned subsidiary of T-Mobile USA, Inc., a Delaware corporation which, in turn, is a wholly-owned subsidiary of T Mobile Global Holding GmbH, a German entity which, in turn, is a wholly-owned subsidiary of T Mobile International AG, a German entity. T Mobile International AG is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity. Deutsche Telekom AG is a publicly-traded company. No other publicly-held company owns 10% or more of Omnipoint Communications, Inc. or T-Mobile USA, Inc.

**Date:** March 4, 2008

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** GN2439