UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.: 08 CV 2201

OMNIPOINT COMMUNICATIONS, INC. D/B/A T-MOBILE
Plaintiff(s), Petitioner(s)   DATE OF FILING: March 5, 2008

against

TOWN OF LAGRANGE, et al.,
Defendant(s), Respondent(s)   AFFIDAVIT OF SERVICE

STATE OF NEW YORK: COUNTY OF DUTCHESS: ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Hyde Park, NY.

That on **March 7, 2008** at **12:45 PM** at **120 Stringham Road, LaGrangeville, NY 12540**, deponent served the within **Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanshis and Individual Practices of Judge William C. Connor** on **TOWN OF LAGRANGE PLANNING BOARD**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy of each to **Christine O'Reilly-Rao** personally. Deponent knew said individual to be the Town Clerk thereof, authorized to accept service of process.

Deponent describes the individual served as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx): **40-50** Height(Approx): **5' 8"** Weight(Approx): **160-170 lbs**

Other:

Sworn to before me on Monday, March 10, 2008

_____           _____
Tina Marie Tomlins                   DONALD R. CADY
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 20__

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869  (845) 473-0712 Fax
Email: superior44@aol.com