UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| **OMNIPOINT COMMUNICATIONS INC., d/b/a T-MOBILE** | Case No.<br>**08 CV 2201 (WCC) (GAY)** |
| Plaintiff, | |
| **TOWN OF LAGRANGE, TOWN OF LAGRANGE ZONING BOARD OF APPEALS, TOWN OF LAGRANGE PLANNING BOARD, AND TOWN OF LAGRANGE PLANNING, ZONING & BUILDING DEPARTMENT,** | |
| Defendants. | |

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2008, I electronically filed the Answer of Defendants Town of LaGrange, Town of LaGrange Zoning Board of Appeals, Town of LaGrange Planning Board, and Town of LaGrange Planning, Zoning & Building Department to plaintiff's complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Gabriel Mark Nugent
       Hiscock & Barclay, LLP
       One Park Place
       300 South State Street
       Syracuse, New York 13202-2078

                                              */s/ Rebecca A. Valk*_____
                                              Rebecca A. Valk