UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC. d/b/a T-MOBILE,<br><br>     *Plaintiff,*<br><br>  -*vs*-<br><br>TOWN OF LAGRANGE,<br>TOWN OF LAGRANGE ZONING BOARD OF APPEALS,<br>TOWN OF LAGRANGE PLANNING BOARD, AND TOWN OF LAGRANGE PLANNING ZONING AND BUILDING DEPARTMENT,<br><br>     *Defendants.* | NOTICE OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>Civil Action No. 08-CV-2201 (WCC) (GAY)<br>(ECF Case) |

PLEASE TAKE NOTICE that Plaintiff, Omnipoint Communications, Inc. d/b/a T-Mobile, will and hereby does move for an Order pursuant to Federal Rule of Civil Procedure 15(c) granting Plaintiff leave to amend the Complaint in the form attached as Exhibit A to the Declaration of Jon P. Devendorf and to add Omnipoint NY MTA License, LLC as a party to this action.

This motion is based UPON (1) this Notice of Motion; (2) the Declaration of Jon P. Devendorf with attached exhibits; and (3) the Memorandum of Law in Support of Plaintiff's Motion to Amend.

- 2 -

Dated:  April 3, 2008                                    **HISCOCK & BARCLAY, LLP**

By:     s/Jon P. Devendorf
     Gabriel M. Nugent (GN2439)
     Jon P. Devendorf (JD2724)

*Attorneys for Plaintiff*
Omnipoint Communications, Inc., d/b/a
T-Mobile
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone:  (315) 425-2700
Facsimile:   (315) 425-8551
E-Mail:  gnugent@hiscockbarclay.com
E-Mail:  jdevendorf@hiscockbarclay.com

## CERTIFICATE OF SERVICE

      I certify that on April 3, 2008, I filed a copy of the foregoing document with the Clerk of the Court via the CM/ECF system, which gave notice to the following attorney:

      Rebecca A. Valk
      Van De Water & Van De Water, LLP
      40 Garden Street
      P.O. Box 112
      Poughkeepsie, New York 12602

                                                    s/Jon P. Devendorf
                                                        Jon P. Devendorf