UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**OMNIPOINT COMMUNICATIONS, INC d/b/a T-MOBILE,**

                *Plaintiff,*

-vs-

**TOWN OF LAGRANGE,
TOWN OF LAGRANGE ZONING BOARD OF APPEALS,
TOWN OF LAGRAGNE PLANNING BOARD,
AND TOWN OF LAGRANGE PLANNING ZONING AND BUILDING DEPARTMENT**

                *Defendants.*

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Civil Action No. 08-CV-2201
(WCC) (GAY)
(ECF Case)

      PLEASE TAKE NOTICE that Plaintiff Omnipoint Communications, Inc. d/b/a T-Mobile hereby withdraws its Motion to Amend the Complaint pursuant to Rule 15(c) of the Federal Rules of Civil Procedure, which motion was filed with the Court on April 3, 2008, based upon a Stipulation between the parties as to the relief requested therein.

Dated:  April 4, 2008

**HISCOCK & BARCLAY, LLP**

By:    s/Jon P. Devendorf
      Gabriel M. Nugent (GN2439)
      Jon P. Devendorf (JD2724)

*Attorneys for Plaintiff*
Omnipoint Communications, Inc., d/b/a T-Mobile
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: (315) 425-2700
Facsimile:  (315) 425-8551
E-Mail:  gnugent@hiscockbarclay.com
E-Mail:  jdevendorf@hiscockbarclay.com

## CERTIFICATE OF SERVICE

    I certify that on April 4, 2008, I filed a copy of the foregoing document with the Clerk of the Court via the CM/ECF system, which gave notice to the following attorney:

> Rebecca A. Valk
> Van De Water & Van De Water, LLP
> 40 Garden Street
> P.O. Box 112
> Poughkeepsie, New York 12602

                                                          s/Jon P. Devendorf
                                                            Jon P. Devendorf