# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMNIPOINT COMMUNICATIONS, INC. d/b/a T-MOBILE,

    *Plaintiff,*

-vs-

TOWN OF LAGRANGE,
TOWN OF LAGRANGE ZONING BOARD OF APPEALS,
TOWN OF LAGRANGE PLANNING BOARD, AND
TOWN OF LAGRANGE PLANNING ZONING AND BUILDING DEPARTMENT,

    *Defendants.*

**STIPULATION ALLOWING THE FILING OF AN AMENDED COMPLAINT**

Civil Action No. 08-CV-2201
(WCC) (GAY)
(ECF Case)

---

**IT IS HEREBY STIPULATED**, by and between the undersigned, that plaintiff may file and serve an amended complaint in the form attached hereto as Exhibit 1, subject to full and complete reservation of all defenses available to Defendants.

DATED:    April 4, 2008

HISCOCK & BARCLAY, LLP

By: _____
    Jon P. Devendorf (JD2724)

Attorneys for Plaintiff
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: (315) 425-2700
Facsimile: (315) 425-8551
E-Mail: jdevendorf@hiscockbarclay.com

VAN DE WATER & VAN DE WATER, LLP

By: _____
    Rebecca A. Valk (RV1766)

Attorneys for Defendants
Office and Post Office Address
40 Garden Street
P.O. Box 112
Poughkeepsie, New York 12602
Telephone: (845) 452-5900
Facsimile: (845) 452-5848
Email: rvalk@vandewaterlaw.com

**IT IS SO ORDERED.**

DATED:    April 9, 2008
White Plains, New York

_____
United States Magistrate Judge