**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OMNIPOINT COMMUNICATIONS, INC., d/b/a T-MOBILE, and OMNIPOINT NY MTA LICENSE, LLC

Plaintiff,

-v-

TOWN OF LAGRANGE, et al.

Defendant.

Case No. 08-CV-2201

**FIRST SUPPLEMENTAL Rule 7.1 Statement**

Of Plaintiffs
Omnipoint Communications, Inc.,
d/b/a T-Mobile, and
Omnipoint NY MTA License, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Omnipoint Communications, Inc., d/b/a T-Mobile, and Omnipoint NY MTA License, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Omnipoint Communications, Inc. is a wholly owned subsidiary of T-Mobile USA, Inc., a Delaware corporation which, in turn, is a wholly-owned subsidiary of T Mobile Global Holding GmbH, a German entity which, in turn, is a wholly-owned subsidiary of T Mobile International AG, a German entity. T Mobile International AG is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity. Deutsche Telekom AG is a publicly-traded company. No other publicly-held company owns 10% or more of Omnipoint Communications, Inc. or T-Mobile USA, Inc.

Omnipoint NY MTA License, LLC is a wholly owned subsidiary of Omnipoint Communications, Inc., which is a wholly-owned subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc. is an indirect subsidiary of Deutsche Telekom AG, a publicly traded corporation.

**Date:** April 22, 2008

s/Jon P. Devendorf
**Signature of Attorney**

**Attorney Bar Code:** JD2724