UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**OMNIPOINT COMMUNICATIONS, INC.,**
**d/b/a T-MOBILE, AND**
**OMNIPOINT NY MTA LICENSE, LLC,**

      *Plaintiffs*,

 -*vs*-

**TOWN OF LAGRANGE,**
**TOWN OF LAGRANGE ZONING BOARD OF APPEALS,**
**TOWN OF LAGRANGE PLANNING BOARD,**
**AND TOWN OF LAGRANGE PLANNING, ZONING AND BUILDING DEPARTMENT,**

      *Defendants*.

**NOTICE OF APPEARANCE**

Civil Action No.: 08-CV-2201
(WCC) (GAY)
(ECF Case)

---

**TO THE CLERK OF THE COURT:**

 Please enter the appearance of John D. Cook, Esq., Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202-2078, as counsel for plaintiffs, Omnipoint Communications, Inc., d/b/a T-Mobile, and Omnipoint NY MTA License, LLC, in the above-entitled action.

**DATED:** May 8, 2008      **HISCOCK & BARCLAY, LLP**

              By:  s/ John D. Cook
                John D. Cook (JC2885)

              Office and Post Office Address
              One Park Place
              300 S. State Street
              Syracuse, New York 13202-2078
              Telephone (315) 425-2885
              Facsimile (315) 703-7353
              Email jcook@hiscockbarclay.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2008, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent notification of such filing to the following:

**Rebecca Ann Valk**     rvalk@vandewaterlaw.com


                                                           s/ John D. Cook
                                                             John D. Cook