**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., d/b/a T-MOBILE, and OMNIPOINT NY MTA LICENSE, LLC,<br><br>                                       *Plaintiffs*,<br><br>-vs-<br><br>TOWN OF LAGRANGE, TOWN OF LAGRANGE ZONING BOARD OF APPEALS, TOWN OF LAGRANGE PLANNING BOARD, and TOWN OF LAGRANGE PLANNING, ZONING, AND BUILDING DEPARTMENT,<br><br>                                       *Defendants*. | **STIPULATION AND <s>[PROPOSED]</s> ORDER**<br><br>Civil Action No. 08-CV-2201 (WCC) (GAY) (ECF Case) |

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for the parties hereto, that:

1.    The parties will file cross motions for summary judgment in accordance with the following schedule:

| Filing | Deadline |
|---|---|
| Motion for Summary Judgment | July 25, 2008 |
| Response in Opposition to Motion for Summary Judgment | August 15, 2008 |
| Reply in Further Support of Motion for Summary Judgment | August 29, 2008 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

SYLIB01\629544\1                                          COPIES MAILED TO CHAMBERS OF RECORD

2. Discovery will be stayed until the Court rules on the cross motions for summary judgment.

| HISCOCK & BARCLAY, LLP | VAN DEWATER & VAN DEWATER, LLP |
|---|---|
| By: _____ <br> John P. Devendorf (JD2724) <br> John D. Cook (JC2885) | By: _____ <br> Rebecca A. Valk (RV1766) |
| Office and Post Office Address <br> One Park Place <br> 300 South State Street <br> Syracuse, New York 13202-2078 <br> Telephone: (315) 425-2724 <br> Facsimile: (315) 425-8551 <br> E-Mail: jdevendorf@hiscockbarclay.com <br> E-Mail: jcook@hiscockbarclay.com | 40 Garden Street <br> P.O. Box 112 <br> Poughkeepsie, New York 12602 <br> Tel: (845) 452-5900 <br> Fax: (845) 452-5848 <br> E-Mail: rvalk@vandewaterlaw.com <br><br> Attorneys for Defendants |
| Attorneys for Plaintiffs | |

**IT IS SO ORDERED.**

**DATED:** White Plains, New York
June 20, 2008

_____
Hon. William C. Conner
United States District Judge