

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMNIPOINT COMMUNICATIONS, INC., d/b/a
T-MOBILE, and OMNIPOINT NY MTA
LICENSE, LLC,

               *Plaintiffs,*

-vs-

TOWN OF LAGRANGE, TOWN OF
LAGRANGE ZONING BOARD OF APPEALS,
TOWN OF LAGRANGE PLANNING BOARD,
and TOWN OF LAGRANGE PLANNING,
ZONING, AND BUILDING DEPARTMENT,

               *Defendants.*

**STIPULATION AND
[~~PROPOSED~~] ORDER**

Civil Action No. 08-CV-2201
(WCC) (GAY) (ECF Case)

---

    It is hereby stipulated and agreed by plaintiffs, Omnipoint Communications, Inc., d/b/a T-Mobile, and Omnipoint NY MTA License, LLC (collectively, "T-Mobile"), and defendants, Town of LaGrange, Town of LaGrange Zoning Board of Appeals, Town of LaGrange Planning Board, and Town of LaGrange Planning, Zoning, and Building Department (collectively, the "Town"), by and through their attorneys of record, that the attached documents are true and correct copies of documents related to the parties' motions for summary judgment on one or more of the claims and defenses asserted in this action. The pages have been consecutively numbered as REC001 to REC604.

    Due to the voluminous nature of the documents, the parties respectfully request that the Court grant permission to file hard-copies of the documents with the Clerk.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO CHAMBERS OF RECORD

| | |
|---|---|
| HISCOCK & BARCLAY, LLP<br><br>By: _____<br>Jon P. Devendorf (JD2724)<br>John D. Cook (JC2885)<br><br>Office and Post Office Address<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202-2078<br>Telephone:  (315) 425-2724<br>Facsimile:   (315) 425-8551<br>E-Mail: jdevendorf@hiscockbarclay.com<br>E-Mail: jcook@hiscockbarclay.com<br><br>Attorneys for Plaintiffs | VAN DEWATER & VAN DEWATER, LLP<br><br>By: _____<br>Rebecca A. Valk (RV1766)<br><br>40 Garden Street<br>P.O. Box 112<br>Poughkeepsie, New York 12602<br>Tel: (845) 452-5900<br>Fax: (845) 452-5848<br>E-Mail: rvalk@vandewaterlaw.com<br><br>Attorneys for Defendants |

The parties may file hard-copies of documents consecutively numbered as REC001 to REC604 with the Clerk.

**IT IS SO ORDERED.**

**DATED:**   White Plains, New York
             July 25, 2008

_____
Hon. William C. Conner
Sr. United States District Judge