UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**OMNIPOINT COMMUNICATIONS INC., d/b/a T-MOBILE, AND OMNIPOINT NY MTA LICENSE, LLC**

          Plaintiffs,

**TOWN OF LAGRANGE, TOWN OF LAGRANGE ZONING BOARD OF APPEALS, TOWN OF LAGRANGE PLANNING BOARD, AND TOWN OF LAGRANGE PLANNING, ZONING & BUILDING DEPARTMENT,**

          Defendants.

Case No.

**08 CV 2201 (WCC) (GAY)**
**(ECF Case)**

---

### CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2008, I electronically filed **Notice of Cross-Motion for Summary Judgment**, **Memorandum of Law with Exhibit A** (re-filed on July 28, 2008 per notice of Court), **Declaration of Rebecca A. Valk with Exhibits A-D** (re-filed on July 28, 2008 per notice of Court), and **Rule 56.1 Statement** (re-filed on July 28, 2008 per notice of Court)on behalf of the Defendants Town of LaGrange, Town of LaGrange Zoning Board of Appeals, Town of LaGrange Planning Board, and Town of LaGrange Planning, Zoning & Building Department with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.   Gabriel Mark Nugent  gnugent@hiscockbarclay.com

2.   John Donald Cook jcook@hiscockbarclay.com

3.   Jon Patrick Devendorf  jdevendorf@hiscockbarclay.com


                                   */s/ Rebecca A. Valk*
                                     Rebecca A. Valk