UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| **OMNIPOINT COMMUNICATIONS INC., d/b/a T-MOBILE , AND OMNIPOINT NY MTA LICENSE, LLC**<br><br>                    Plaintiffs,<br><br>**TOWN OF LAGRANGE, TOWN OF LAGRANGE ZONING BOARD OF APPEALS, TOWN OF LAGRANGE PLANNING BOARD, AND TOWN OF LAGRANGE PLANNING, ZONING & BUILDING DEPARTMENT,**<br><br>                    Defendants. | Case No.<br><br>**08 CV 2201 (WCC) (GAY)**<br>**(ECF Case)** |

_____

### CERTIFICATE OF SERVICE

　　　　　I hereby certify that on August 15, 2008, I electronically filed **Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment** and **Reply to Plaintiffs' Rule 56.1 Statement** on behalf of the Defendants Town of LaGrange, Town of LaGrange Zoning Board of Appeals, Town of LaGrange Planning Board, and Town of LaGrange Planning, Zoning & Building Department with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.　　Gabriel Mark Nugent   gnugent@hiscockbarclay.com

2.　　John Donald Cook   jcook@hiscockbarclay.com

3.　　Jon Patrick Devendorf   jdevendorf@hiscockbarclay.com


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca A. Valk*_____
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Valk