UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| **OMNIPOINT COMMUNICATIONS INC., d/b/a T-MOBILE , AND OMNIPOINT NY MTA LICENSE, LLC** | Case No. |
| Plaintiffs, | **08 CV 2201 (WCC) (GAY)** **(ECF Case)** |
| **TOWN OF LAGRANGE, TOWN OF LAGRANGE ZONING BOARD OF APPEALS, TOWN OF LAGRANGE PLANNING BOARD, AND TOWN OF LAGRANGE PLANNING, ZONING & BUILDING DEPARTMENT,** | |
| Defendants. | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed **Reply Memorandum of Law**, **Declaration of Rebecca A. Valk with Exhibit A** on behalf of the Defendants Town of LaGrange, Town of LaGrange Zoning Board of Appeals, Town of LaGrange Planning Board, and Town of LaGrange Planning, Zoning & Building Department with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.  Gabriel Mark Nugent  gnugent@hiscockbarclay.com

2.  John Donald Cook jcook@hiscockbarclay.com

3.  Jon Patrick Devendorf  jdevendorf@hiscockbarclay.com


                                        */s/ Rebecca A. Valk*_____
                                        Rebecca A. Valk